UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVELLE JOYNER, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>CAREER SYSTEMS DEVELOPMENT CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>                Defendants. | CASE NO.: 2:24-cv-03249-DJC-JDP<br><br>Before District Judge Daniel J. Calabretta and Magistrate Judge Jeremy D. Peterson<br><br>**ORDER RE: JOINT STIPULATION TO CONTINUE THE DISCOVERY CUTOFF FROM JANUARY 23, 2026 TO JULY 23, 2026**<br><br>Complaint Filed:   September 25, 2024<br>Removal Date:    November 21, 2024<br>Trial Date:          January 11, 2027 |

**ORDER**

Based upon the stipulation filed by Plaintiff LAVELLE JOYNER and Defendant CAREER SYSTEMS DEVELOPMENT CORPORATION (the "Parties") and finding good cause, IT IS ORDERED THAT:

1. The Parties' stipulation is GRANTED.

2. The fact discovery cutoff is CONTINUED from January 23, 2026, to July 23, 2026.

3. Plaintiff's Motion to Extend Discovery Cutoff (ECF No. 34) and Ex Parte Application (ECF No. 35) are DENIED AS MOOT

4. The hearing on Plaintiff's motion, set for January 22, 2026, is VACATED.

The Court will issue an Amended Scheduling Order contemporaneously with this Order.

IT IS SO ORDERED.

Dated: January 5, 2026            /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE