UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LAVELLE JOYNER, | Case No. 2:24-cv-3249-DJC-JDP |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| CAREER SYSTEMS DEVELOPMENT CORPORATION, | |
| Defendant. | |

This case was before the court on January 22, 2026, for hearing on plaintiff's motions to quash subpoenas, ECF Nos. 29 & 30, and to compel further responses to discovery, ECF Nos. 31-33. Attorneys Adam Sherman and Lilit Demirtchian appeared on behalf of plaintiff, and attorneys Michael Wilson and Leticia Ericson appeared on behalf of defendant.

For the reasons stated on the record, it is hereby ORDERED that:

1. Plaintiff's motion to quash the subpoena served on Aegis Protected Services, ECF No. 29, is GRANTED in part as follows:

    a. The deposition served on Aegis Protected Services is quashed.

    b. Defendant may re-serve a subpoena on Aegis Protected Services that is limited to seeking information related to plaintiff's compensation.

2. Plaintiff's motion to quash the subpoena served on Kaiser Elk Grove, ECF No. 30, is GRANTED in part as follows:

a. The deposition served on Kaiser Elk Grove is quashed.

b. Defendant may re-serve a subpoena on Kaiser Elk Grove that is limited to seeking plaintiff's mental health records, including any treatment for physical conditions or symptoms tied to mental health.

3. Plaintiff's motion to compel the deposition of defendant's Person Most Knowledgeable, ECF No. 31, is GRANTED. By no later than January 29, 2026, defendant shall provide plaintiffs' counsel with a list of witnesses who testify on each of the topics identified in the notice of deposition served on March 18, 2025. The list shall include for each witness at least two available dates, falling between now and the end of February, to complete the deposition.

4. Plaintiff's motion to compel further responses to Interrogatories, ECF No. 32, is GRANTED. By no later than February 12, 2026, defendant shall provide complete responses, without objections, to Interrogatories Nos. 2, 3, 6, 9, 11, 12, 13, and 15.

5. Plaintiff's motion to compel further responses to his requests for production of documents, ECF No. 33, is GRANTED. Defendant shall provide supplemental responses to RPD Nos. 1-47 and 49-64 by no later than March 23, 2026. The supplemental responses shall identify the documents, by Bates Numbers, that are responsive to each request. The supplemental responses shall also include a verification describing the search that was conducted for responsive documents, which shall be signed under penalty of perjury by the individual(s) that conducted the search(es).

IT IS SO ORDERED.

Dated:    January 29, 2026                        _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2