Adam Sherman (SBN 316351)
a.sherman@d.law
Ani A. Zargaryan (SBN 350797)
a.zargaryan@d.law
**D.LAW, INC.**
250 North Madison Avenue, 2nd Floor
Pasadena, California 91101
Telephone: (818) 962-6465

*Counsel for Plaintiff, Lavelle Joyner*

Michael D. Wilson, Jr. (SBN 233334)
Michael.wilson@ogletreedeakins.com
Khadijah Kenyatte (SBN 337236)
Khadijah.kenyatte@ogletreedeakins.com
Leticia Ericson (SBN 349757)
leticia.ericson@ogletreedeakins.com
**OGLETREE DEAKINS**
One Embarcadero Center, Suite 900
San Francisco, California 94111
Tel.: (415) 442-4709

*Counsel for Defendant, Career Systems Development Corp.*

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAVELLE JOYNER,<br><br>Plaintiff,<br><br>v.<br><br>CAREER SYSTEMS DEVELOPMENT CORP.,<br><br>Defendant. | Case No.: 2:24-cv-03249-DJC-JDP<br><br>**ORDER OF DISMISSAL** |

**ORDER**

The Court, having reviewed the parties' Stipulation of Dismissal, and good cause appearing, IT IS HEREBY ORDERED that this action is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: July 22, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE